UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CHRISTOPHER HOLSINGER, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-31 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| GREENE COUNTY COMMON PLEAS COURT, | : | Magistrate Judge Peter B. Silvain, Jr. |
| | : | |
| | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING ORDER AND REPORT AND RECOMMENDATIONS (DOC. NO. 2) AND DISMISSING ACTION**

The Court has reviewed the Order and Report and Recommendations (Doc. No. 2) of United States Magistrate Judge Peter B. Silvain, Jr., to whom this case was referred pursuant to 28 U.S.C. § 636(b). Therein, Magistrate Judge Silvain determined that Plaintiff Christopher Holsinger cannot muster a claim against Defendant Greene County Common Pleas Court because the Court of Common Pleas is not *sui juris*, meaning that it cannot sue or be sued. (Doc. No. 2.) Accordingly, Magistrate Judge Silvain recommends dismissing the instant action and denying Plaintiff a certificate of appealability on the issue. (*Id.*)

Noting that no objections have been filed regarding the Report and Recommendations, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** Magistrate Judge Silvain's Order and Report and Recommendations (Doc. No. 2). This case is thus **DISMISSED** and, because the Court finds that any appeal of this order could not be taken in good faith by a reasonable jurist, Plaintiff is further **DENIED** a certificate of appealability. The Clerk is directed to **TERMINATE** this matter on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, March 3, 2025.

                                                                            s/Thomas M. Rose
                                              _____
                                                        THOMAS M. ROSE
                                       UNITED STATES DISTRICT JUDGE